IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| Plaintiff, | * | |
| vs. | * | No. 91-20169-TU |
| SANTIAGO LONDONO,<br>ALBERTO VASQUEZ,<br>DAVID BERRERA,<br>MARGARITA TORRES,<br>DIEGO CAYCEDO,<br>CARLOS ORTEGA GONZALEZ,<br>FLOR EMILEO MERY-CORREA,<br>RICHARD MARQUESZ,<br>HECTOR CRISOSTOMO CEDENO,<br>DIEGO CORREA,<br>NESTOR ZULETA,<br>RICARDO TAPIAS-LOPEZ,<br>EDDY TORRES,<br>DEHLIA TORRES,<br>DEGO LONDONAO,<br>JOHN DOE,<br>FERNAN MENDOZA-JARAMILLO,<br>DIEGO JOSE GANUZA,<br>JOSE ALI GALINDO-ESCOBAR,<br>FLOYD VAUGHAN, | * | |
| Defendants. | * | |

## ORDER TO DISMISS INDICTMENT

Upon motion of the United States and for good cause shown, the Indictment against

the above-named defendants is hereby ordered dismissed.

This document entered on docket sheet in compliance with Rule 55 and/or
32 (b) FRCrP on___8/18/99___.

Ordered this ___16___ day of August, 1999.

_____
HONORABLE JEROME TURNER
UNITED STATES DISTRICT JUDGE

DATE:          _____

APPROVED:      _____
               TIMOTHY R. DiSCENZA
               Assistant United States Attorney
               167 N. Main, Room 800
               Memphis, TN  38103
               (#008716 Tennessee)